LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
JUSTIN W. SMERBER, ESQ.
Nevada Bar No. 10761
**MORAN BRANDON BENDAVID MORAN**
630 S. Fourth Street
Las Vegas, Nevada 89101
(702) 384-8424
(702) 384-6568 - *facsimile*
l.brandon@moranlawfirm.com
Attorneys for Defendant,
ALBERTSONS, LLC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CAROLINE MAYO MARTIN,<br><br>  Plaintiff,<br><br>v.<br><br>ALBERTSON'S, LLC; LUCKY STORES, LLC; DOE EMPLOYEE; DOES II through V and ROE CORPORATIONS VI through X, inclusive,<br><br>  Defendants. | CASE NO.: 2:15-cv-01769-JAD-GWF |

### STIPULATION AND ORDER
### FOR DISMISSAL WITH PREJUDICE, LEAVING NO REMAINING PARTIES

IT IS HEREBY STIPULATED AND AGREED TO by the undersigned that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their

///
///
///
///
///
///

respective fees and costs incurred.

DATED this 29 day of Dec., 2016.

| SIMON LAW | MORAN BRANDON BENDAVID MORAN |
|---|---|
| /s/ Benjamin J. Miller, Esq. | /s/ Lew Brandon, Jr., Esq. |
| BENJAMIN J. MILLER, ESQ. | LEW BRANDON, JR., ESQ. |
| Nevada Bar No. 10406 | Nevada Bar No. 5880 |
| 810 South Casino Center Blvd. | JUSTIN W. SMERBER, ESQ. |
| Las Vegas, Nevada 89101 | Nevada Bar No. 10761 |
| Attorney for Plaintiff, | 630 S. Fourth Street |
| CAROLINE MAYO MARTIN | Las Vegas, Nevada 89101 |
| | Attorneys for Defendant, |
| | ALBERTSONS, LLC. |

IT IS ORDERED that the above entitled matter be dismissed with prejudice, leaving no remaining parties, each party bear their respective fees and costs incurred.

DATED this 3rd day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted:*

MORAN BRANDON BENDAVID MORAN

/s/ Lew Brandon, Jr., Esq.
LEW BRANDON, JR., ESQ.
Nevada Bar No. 5880
JUSTIN W. SMERBER, ESQ.
Nevada Bar No. 10761
630 S. Fourth Street
Las Vegas, Nevada 89101
Attorneys for Defendant,
ALBERTSONS, LLC.

MBBM
MORAN BRANDON BENDAVID MORAN
ATTORNEYS AT LAW
630 SOUTH 4TH STREET
LAS VEGAS, NEVADA 89101
PHONE:(702) 384-8424
FAX: (702) 384-6568

Page 2 of 2